UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 4:18-CR-35 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| RHONDA KAY DAVIS | ) |
| | ) |

**O R D E R**

United States Magistrate Judge Christopher H. Steger filed a report and recommendation (the "R&R") on Defendant's competence to understand the nature and consequences of the proceedings against her and recommended that she has sufficient ability to assist her lawyer in her defense. (Doc. 100.) The R&R recommends this Court take Dr. Matthew Opresso's recommendation that Defendant be presented information "on paper as it is verbally communicated to her" and "encouraged [her] to take notes" because each will assist her in retaining such information. (Docs. 94, 100.) Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R (Doc. 100). The Court hereby **ACCEPTS** and **ADOPTS** the R&R (Doc. 100). Defendant is competent to stand trial in this case and the court **ADOPTS** Dr. Matthew Opresso's recommendation with respect to appropriate accommodations to Defendant's limitations. (Doc. 94.)

    SO ORDERED.

    ENTER:

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**